v. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
**Western** District of **Louisiana**

_____ Division

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 0 3 2026

DANIEL J. McCOY, CLERK
BY: KW

BILLY THOMAS

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

GAIENNIE LUMBER Co ; OPELOUSAS POLICE DEPARTMENT ; BRISCOE, JACOBY JARELL ; MCGINTY'S NARRATIVE

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 26-cv-0649 Sec P
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Billy Thomas |
   | Street Address | 1422 w Grolee St |
   | City and County | Opelousas, St Landry Parish |
   | State and Zip Code | Louisiana 70586 |
   | Telephone Number | (337) 459-3446 & (337)943-4691 |
   | E-mail Address | thomasboy819@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Gaiennie Lumber Co |
| Job or Title (if known) | Lumber Company |
| Street Address | 619 w Grolee st |
| City and County | Opelousas |
| State and Zip Code | Louisiana La |
| Telephone Number | (337)948-3066 |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Opelousas Police Department (Report #2024013461) |
| Job or Title (if known) | City Poice |
| Street Address | 318 N Court St |
| City and County | Opelousas |
| State and Zip Code | La |
| Telephone Number | (337)948-2500 |
| E-mail Address (if known) | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Briscoe Jacoby Jarell (Report #2024013461) |
| Job or Title (if known) | Author of City (OPD) Officer |
| Street Address | 318 N Court St |
| City and County | Opelousas |
| State and Zip Code | La |
| Telephone Number | (337)948-2500 |
| E-mail Address (if known) | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Mcginty's Narrative (Report #2024013461) |
| Job or Title (if known) | PO of (OPD) |
| Street Address | 318 N Court St |
| City and County | Opelousas |
| State and Zip Code | La |
| Telephone Number | (337)948-2500 |
| E-mail Address (if known) | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C (s) 1983
18 U.S.C (s) 242

Jurisdiction Under 28 U.S.C (s) 1331, 28 U.S.C. § 1332

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Billy Thomas, is a citizen of the State of *(name)* Louisiana.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,
      and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Briscoe Jacoby Jarell ; Mcginty's Narrative, is a citizen of the State of *(name)* Louisiana. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

  b. If the defendant is a corporation

The defendant, (name) Gaiennie Lumber Co, is incorporated under the laws of the State of (name) Louisiana, and has its principal place of business in the State of (name) Louisiana.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) Opelousas Louisiana.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1,100,000 m.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On September 4, 2024, at approximately 1030hrs I the complainant was strike with a 2x4 lumber by the employee of Gaiennie Lumber Co. and was refused medical upon head neck and back pain from the striking of the 2x4 as the officers sided with the Lumber Yard Company known Gaiennie not only did the Lumber Yard refused I the complainant treatment at the address 619 west Grolee St, But the officer did so as well" refused treatment

NOTED: And when officers took I complainant in for booking record, when appearance were made, booking offiice refused complainant entering nor wanted to book due to damages physically seen by, stated Mr Thomas needs ER IMMEDIATELY . As was refuse so by Gaiennie Lumber Co, and (OPD) Officers.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Medical permanent injury irreversible, Fainting and passing out serious head pain, hearing damages, head trauma from 2x4 contact, internal knee injuries from fainting and passing out due to head trauma.

(ER) Treatments
Medical billing
Knee bracing
Crutches " still seeing (PCP) Physician at this time as damages remaining upon this matter.

**V.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff    Billy Thomas

**B.   For Attorneys**

Date of signing:   02/05/2026

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 0 3 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BILLY R THOMAS
   Vs
GAIENNIE LUMBER CO
OPELOUSAS POLICE DEPARTMENT
OFFICER BRISCOE JACOBY JARELL
OFFICER MCGINTY'S NARRATIVE

CIVIL ACTION NO:
JUDGE:
MAGISTRATE:

JURY REQUESTED

## COMPLAINT FOR DAMAGES

TO THE HONORABLE, THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF LOUISIANA, LAFAYETTE DIVISION.

### INTRODUCTION

This is an action for money damages brought by complainant, BILLY R THOMAS, pursuant to 42 U.S.C. 1983 also 1988, and the Fifth, Eighth and also the Fourteenth Amendment to the United States Constitution, and under the laws of the States of Louisiana against OPELOUSAS POLICE DEPARTMENT, GAIENNIE LUMBER CO, OFFICER BRISCOE JACOBY JARELL, OFFICER MCGINTY'S NARRATIVE, in their official capacity as the officers of the St. Landry Parish of Opelousas La.

## JURISDICTION

1.

Jurisdiction is upon founding on 28 U.S.C. (s) 1331. Complainant further invokes jurisdiction of this Honorable Court under 28U.S.C (s) 1367 to adjudicate claims arising under the laws of the States of Louisiana, including, but not limited to Article 2315,et of the Louisiana Civil Code also the Louisiana Constitution of 1974.

## VENUE

2.

Venue lies in this Court under 28 U.S.C. (s) 1391(b)(2) also 42U.S.C (s)1983 as the events giving rise to this cause of action occurred within this judicial district.

## PARTIES

3.

Complainant, MR BILLY R THOMAS, is a person within full age herein of majority as a resident upon the St. Landry Parish of Opelousas La.

4.

Made defendants herein are the Following parties of this matter within this civil action.

(1). Opelousas Police Department  (Report #2024013461)
(2). Gaiennie Lumber Co
(3). Briscoe Jacoby Jarell (Report #2024013461)
(4). Mcginty's Narrative  (Report #2024013461)

(1). Opelousas Police Department upon information and belief, a law enforcement agent of (OPD).

(2). Gaiennie Lumber Co, upon information and belief, a Lumber yard distributors Company of Opelousas La.

(3). Briscoe Jacoby Jarell upon information and belief, a person of full age of majority and a resident of Opelousas La.

(4). Mcginty's Narrative upon information and belief, a person of full age of majority and a resident of Opelousas La.

5.

Requested a trial by jury under the Federal Rules upon Civil Procedure law.

6.

## FACTS

Plaintiff sustained injury by employees of Gaiennie Lumber Co, of known (Report #2024013461), and was refused by above defendants medical treatment within continuing to requesting and remain to refuse on doing so ending up in hospitalization as permanent damages remain to exist within other hospitalization involving same head injury due to being struck with 2x4 lumber of Gaiennie Lumber Co, deliberately refused medical care, also Violation of the rights of plaintiff by liberty interest in the due process clause by clearly refusing any and all medical requests made by plaintiff based upon the freedom of religion . reckless and willfully deny neglecting within malice.

7.

Each Defendants acted out intentionally willfully individually conspired into the action of ignoring by overlooking and deliberately doing so, the plaintiff had/has sustained ongoing treatment do to the actions of their employees act, as under supervision of employer Gaiennie Lumber Co, and all

plaintiffs action to deliberate disregarded the medical treatment of, their action was careless and extreme departure of the plaintiff rights as the plaintiff held under, as within **THE EMPLOYEES** involved never even showed up **NOR** did they testify to their statement made within the case number (Report #2024013461) as stating of knowing that employee of injuries were not sustained by plaintiff, clarifying of that and was/were ignored by defendants, clarification of " plaintiff had not pushed anyone onto the operated forklift **REMIND YOU** anyone one should up to testify to this egregious statement made of within their restitution statement of plaintiff owing damages and medicals, and when not even showing up for the court dated by the St Landry Parish office delivered and called though the court attorney public defender, within the court proceeding **HAVING PLAINTIFF WAIT FOR CALL BACK IN THE COURT ROOM** (literally). And when call back arrived public defender district attorney stated, that another court date will be proceeded, and was given the court date for the restitution and so on, and also stated, that Gaiennie Lumber "stated" that they will have to get all medical bill that was paid for by them for the employee of that made the statement of being pushed onto the operated machinery known forklift "that which plaintiff argued never happen" what So ever.

**NOTE:** As noted above of this entire matter, that plaintiff was ignored of his medical treatment, damages, and injuries caused by above employer of, as Damages were visible to examine and view "seen" clearly and still refused to allow plaintiff treatment by defendants willfully doing so "and" when arrived to the St Landry Parish County Jail on this allegation that was clearly misconduct, and authorities failed to severe plaintiff medical attention, on arrival as stated above the booking officers/jailer refused on booking <u>Plaintiff Thomas</u> due to the damages "visible" that is, clearly made the officers take Mr Thomas known plaintiff to the nearest emergency room For medical attention documented of the entire matter and remain documented.

8.

As a direct and proximate result of the said incident by the defendants, Plaintiff Mr Billy R Thomas suffered following damages; including but not limited to:

(1). Emotional pain and suffering.
(2). Mental anguish past,present and future.
(3). Attorneys fees due to deprived actions 42 U.S.C. (s)1988
(4). Economic damages  (5). Emotional trauma suffering
(6). Punitive damages against defendants, in their official capacity.

9.

The actions of the defendants violated the following, clearly established and well-settled federal and state constitutional rights of Mr Billy R Thomas to be:

(1) Freedom from humiliation and harassment of civil conversion.
(2) Denial of medical attention requested.
(3) Denial of recusal based upon lack of impartiality within due process.
(4) Medical (FFS) services.

## CAUSE OF ACTION
## COUNT ONE:

Denial of civil rights- 42 U.S.C (s) 1983

10.

Plaintiff incorporates by reference all allegations in the foregoing motions.

11.

All action and policy of laws within the St Landry Parish officers and the employer of, acted under color of state law and is liable pursuant to 42 U.S.C. (s) 1983 their actions were intentional, malicious, and reckless and showed a callous disregard for Mr Billy R Thomas right, based upon visible injuries seen and still did so refused the plaintiff of the rights held by the constitutional laws of rules and doctrines within practices.

## CONSTITUTIONAL RIGHT OF LAWS WITHIN
### AND CASE LAWS VIOLATIONS
42 u.s code (s) 1983

Monroe v. Pope 42 U.S.C (s) (1983)
People v. Oliver 42 U.S.C (s) (1983)
R v. Dythom (1979)
Deliberately indifference to serious medical need within risk of harm.

## COUNT TWO

Abuse of Process 42 U.S.C (s)1983 and the fourteenth Amendment

12.
The Fourteenth Amendment to the U.S. Constitution protects an individual's right from being deprived of life and liberty.

13.
The complainant followed the correct course of action to alert the defendants of the actions of depriving the plaintiff of the due process of laws.

## COUNT THREE
## LOUISIANA CIVIL CODE ARTICLE 2315, ARTICLE2322 AND 2317.1

14.
The injuries of Billy R Thomas are a result of the sole, combined and/or solidary fault vicarious liability, strict liability and/or negligence of all defendants and/or joint tortfeasors and/or his/its/their or as principals, and lessors, lessee, insureds, and/or insurers in violation of La. Civil Code Art,2315, Art 2322 and Art. 2317.1 As a result of defendants negligence act that have caused Mr Billy R Thomas suffered general and/or punitive damages , including but not limited to suffering, mental anguish, distress, great inconvenience, frustration, fear, embarrassment, humiliation,loss of enjoyment of life and society, and other damages will be exhibiting.

## PRAYER FOR RELIEF

WHEREFORE complainant, Billy R Thomas, prays that this Complaint be filed; that a jury trial be had as to the issues triable by jury; that

compensatory damages, including, but not limited to, past, present and future mental anguish against defendants and in; punitive damages, individually, that be awarded monetary damages against defendants, individually and that all costs of these proceedings assessed against defendants, individually, jointly and solido and for any and all other relief this Honorable Court Deems within proper in the premises.

Respectfully Submitted
Billy R Thomas_____
Sign this date of 3 month of 3 Year of 2026
Pro,Se Litigated
Ph: (740)602-3739
1422 W GROLEE ST, APT 25
OPELOUSAS LOUISIANA 70570